Form a0grmsty

# United States Bankruptcy Court
## Southern District of Ohio
## 120 West Third Street
## Dayton, OH 45402−1819

In Re: Juandrikas Stone  
Brittney L. Stone  
Debtor(s)  
SSN/TAX ID:  
xxx−xx−0613  
xxx−xx−1621  

Case No.: 3:09−bk−35504  

Chapter: 7  

Judge: Lawrence S. Walter  

## ORDER GRANTING MOTION FOR RELIEF
## FROM THE AUTOMATIC STAY AND/OR CODEBTOR STAY
### (Creditor)

On 10/21/2009 creditor US Bank NA filed a motion seeking relief from the automatic stay imposed by 11 U.S.C. §362 and/or codebtor stay imposed by 11 U.S.C. §1201 or §1301.

The movant has filed a certification that complies with Local Bankruptcy Rule 9021−1(a)(1), including a statement that service and notice have been made pursuant to Local Bankruptcy Rules 4001−1(b) and (c) and 9013−3(a) and that no timely response has been filed.

Therefore, under the authority granted by Local Bankruptcy Rules 4001−1(d), 9013−1(e) and 9021−1(a), relief from the stay imposed by 11 U.S.C §362(a) and/or relief from the codebtor stay imposed by 11 U.S.C. §1201 or §1301 is granted.

**IT IS SO ORDERED.**

Dated: November 17, 2009

FOR THE COURT:  
Kenneth Jordan  
Clerk, U.S. Bankruptcy Court